# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELDON PINK, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | No. 13-4924 |
| v. | : | |
| | : | |
| YASIN KHAN, et al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this 7th day of November, 2018, it is **ORDERED** that:

- Defendants Cheryl Kreider and Kreider Health Solutions, LLC's Motion for Summary Judgment (ECF No. 91) is **GRANTED**;

- Defendants Yasin Khan; Elizabeth Khan; Westfield Medical Center, L.P, d/b/a Westfield Hospital; Westfield Surgical Center, L.P; Lehigh Valley Pain Management, Inc.; Tilghman Medical Center, Inc.; Khan Partnership, G.P.; Westfield Management, Inc.; and WMC Management, Inc.'s Motion for Summary Judgment (ECF No. 93) is **GRANTED** in part and **DENIED** in part as follows:

    - Defendants' Motion is **GRANTED** with respect to Plaintiff/Relators' claims that Defendants violated the False Claims Act by submitting false claims,

    - Defendants' Motion is **GRANTED** with respect to Plaintiff/Relators' claims that Defendants violated the "reverse false claims" provision of the False Claims Act,

- Defendants' Motion is **DENIED** with respect to Plaintiff/Relators' claims under the retaliation provision of the False Claims Act.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 11/7/2018

O:\ABB 2018\L-Z\Pink v. Khan SJ order.docx